# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

|  |  |
|---|---|
| WALTER R. DELEON, | Case No. CV 06-4416-JWJ |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that Judgment be entered **AFFIRMING** the decision of the Administrative Law Judge, in accordance with this Court's Order, which was filed concurrently in this case.

DATED:  March 31, 2008

_____/s/_____

JEFFREY W. JOHNSON
United States Magistrate Judge